JH
FILED
JANUARY 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Abdulhakim M. ALAWI,

Plaintiff,

v.

Michael MUKASEY, Attorney General for the United States of America; Secretary Michael CHERTOFF, U.S. Department of Homeland Security; Acting Director Emilio GONZALEZ, U.S. Citizenship and Immigration Services; Christina POULOS, Director of California Service Center; and the United States of America,

Defendants.

No.

08 C 298

JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff, Abdulhakim M. ALAWI ("A. ALAWI"), by and through his attorneys, AzulaySeiden Law Group, and in support of his Writ of Mandamus, complains as follows:

## STATEMENT OF ACTION

1. This complaint is brought to compel action on Petitions for Alien Relative (I-130) properly filed with the U.S. Citizenship and Immigration Services ("USCIS") at the California Service Center by the Plaintiff on or about October 17, 2005. To the Plaintiff's detriment, Defendants have failed to adjudicate the petitions.

## PARTIES

2. The Plaintiff, A. ALAWI, is the petitioner on behalf of his wife, Arwa M. RASHID ("RASHID"), and children, Noorah M. ALMUFLIHI ("ALMUFLIHI"), Gadallah A. ALAWI ("G. ALAWI"), and Yaqoub A. ALAWI ("Y. ALAWI"), for their

admission to the United States as the spouse and children of a U.S. Citizen, under section 201(b) of the Immigration and Nationality Act ("INA").

3. Defendant Michael MUKASEY ("MUKASEY"), Attorney General of the United States of America is being sued in his official capacity only. MUKASEY is charged with the duties of administrating and enforcing immigration and citizenship laws. 8 U.S.C. § 1103(g)(1) (2007).

4. Defendant Michael CHERTOFF ("CHERTOFF"), Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. CHERTOFF is charged with the duties of administrating and enforcing immigration and citizenship laws. 6 U.S.C. §§ 271(b)(2), 455(c).

5. Defendant Emilio GONZALEZ ("GONZALEZ"), Director of the USCIS is being sued in his official capacity only. GONZALEZ is charged with supervisory authority over all of USCIS operations, agents and officers. In addition, he has the duty to administer and enforce immigration and citizenship laws. 6 U.S.C. §§ 271(b)(2), 455(c).

6. Defendant Christina POULOS ("POULOS"), Director of California Service Center, is being sued in her official capacity only. POULOS is charged with supervisory authority over all of USCIS California Service Center operations and agents and officers acting in their official capacity. In addition, she has the duty to administer and enforce immigration and citizenship laws. 6 U.S.C. §§ 271(b)(2), 455(c).

## JURISDICTION

7.    This Court has original jurisdiction to hear both civil actions arising under the laws

of the United States and actions to compel an officer or employee of the United

States or any agency thereof to perform a duty. 28 U.S.C. §1331; 28 U.S.C. §1361.

This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C.

§2201-2202.

8.    This action is brought to compel the Defendants, officers of and an agency of the

United States, to perform their duties arising under the laws of the United States.

9.    This Court has jurisdiction to hear actions arising from claims that an agency or

officer or employee of a government agency failed to act in its official capacity and

the person to whom the duty was owed suffered a legal wrong. 5 U.S.C. §702.

10.    This action invokes the Plaintiff's right of due process under the Fifth Amendment

of the United States Constitution, over which this Court retains jurisdiction.

11.    This action is brought due to the repeated failure of the Defendants to perform their

duty to adjudicate the Plaintiff's I-130 application for adjustment of status within a

reasonable amount of time.  Failure to adjudicate said application has resulted in

harm to the Plaintiff.

12.    The Illegal Immigration Reform and Immigrant Responsibility Act of 1996

("IIRIRA") does not divest this Court of jurisdiction because the Plaintiff is not

seeking a review of a denial; he is seeking to have his wife and children's I-130

applications adjudicated, which is among the duties Congress has conferred upon

the Defendants.

## VENUE

13. Venue lies in this Court pursuant to 28 U.S.C. §1391(e). This is an action against officers and agencies of the United States in their capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. *Id.*

14. Plaintiff's Petitions for Alien Relative were properly filed and, to Plaintiff's knowledge, remain pending with the USCIS California Service Center.

## EXHAUSTION OF REMEDIES

15. Plaintiff has exhausted all administrative remedies. Plaintiff, both on his own and through his attorney, has made numerous inquiries concerning the status of his I-130 petitions and Defendants responded, if at all, with form letters indicating the application is under "review".

## CAUSE OF ACTION

16. Plaintiff became a U.S. Citizen on October 10, 2001. *See Exhibit # 1.*

17. On April 26th, 1995, Plaintiff married his wife, RASHID. *See Exhibit # 2.*

18. Plaintiff's I-130 Petitions were filed on or about October 17, 2005, with the USCIS California Service Center. Plaintiff, a U.S. Citizen, is petitioning to bring his wife, RASHID, and children, ALMUFLIHI, G. ALAWI, and Y. ALAWI, citizens and natives of Yemen, to the United States under Section 201(b)(2)(A)(i) of the INA. *See Exhibit # 3-4.*

19.    Defendants acknowledged receipt of ALAWI's Form I-130 Petitions on October 28, 2005. *See Exhibit # 4.*

20.    On September 13, 2005, Plaintiff, through Congressman Daniel Lipinski, sent a request to the Sanaa Consular Office to inquire about the status Plaintiff's I-130 Petition. *See Exhibit #5.*

21.    Currently, Plaintiff's I-130 Petitions on behalf of his wife and children are still pending, despite the fact that they have been pending since October 28, 2005. *See Exhibit #6.*

22.    Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

    (a)    Plaintiff, Abdulhakim M. ALAWI, has been denied reunification with his wife, who remains in Yemen.

    (b)    Plaintiff's wife, Arwa M. RASHID, has been denied reunification with her husband as she remains unable to enter the United States as a lawful permanent resident.

    (c)    Plaintiff's children, Noorah M. ALMUFLIHI, Gadallah A. ALAWI, and Yaqoub A. ALAWI, have had to live without the benefit of both of their parents being together with them.

    (c)    The Plaintiff has been denied the opportunity to have a final resolution of his petition for his wife and children.

24.    The Defendants' delay in processing of the applications deprived the Plaintiff of his right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

25. The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Plaintiff's application and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

**PRAYER**

26. WHEREFORE, Plaintiff requests that this Honorable Court enter an order:

(a) Requiring Defendants to adjudicate Plaintiff's Petitions for Alien Relative;

(b) Awarding Plaintiff's reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(c) Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,
Abdulhakim M. ALAWI

By: Shannon M Shepherd
Shannon M. Shepherd

AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601
312.832.9200

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

To: Michael Mukasey
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
**Via Certified Mail**

Christina Poulos
Director of California Service Center
24000 Avila Road, 2nd Fl, Rm 2302
Laguna Niguel, CA 92677
**Via Certified Mail**

Emilio Gonzalez
Office of Chief Counsel
U.S. Dept. of Homeland Security
20 Massachusetts Ave., NW Rm. 4025
Washington, D.C. 20236
**Via Certified Mail**

Michael Chertoff
Office of General Counsel
US Dept. of Homeland Security
Washington, D.C. 20528
**Via Certified Mail**

United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

PLEASE TAKE NOTICE that on January 14, 2008, Plaintiff filed his Complaint for Writ of Mandamus with the United States District Court for the Northern District of Illinois a copy of which is hereby served on your office on January 16, 2008.

Shannon M Shepherd

Shannon M. Shepherd
AzulaySeiden Law Group
Attorney for the Plaintiffs
205 N. Michigan Avenue, 40th Floor
Chicago, Illinois 60601
Telephone: 312.832.9200

THE UNITED STATES OF AMERICA

No. 25 04229

CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: JULY 09, 1964

Sex: MALE

Height: 5 feet 5 inches

Marital status: MARRIED

Country of former nationality: YEMEN

INS Registration No. A040373948

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General at: CHICAGO, ILLINOIS

The Attorney General having found that:

ABDULHAKIM MOHAMED HUSSAIN ALAWI

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT NORTHERN DISTRICT IL

at: CHICAGO, ILLINOIS on: OCTOBER 10, 2001

that such person is admitted as a citizen of the United States of America.

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

Commissioner of Immigration and Naturalization

DEPARTMENT OF JUSTICE

FORM N-550 REV.

EXHIBIT





Jesse White - Secretary of State

NUMBER ISSUED EXPIRES
A400-0136-4195 06-15-07 07-09-11

ABDULHAKIM M ALAWI
6846 111TH PL
WORTH IL 60482

Birthdate 07-09-64
Male 5'05" 170 lbs BRN Eyes
Restrictions Type Class
******** ORG D

THIS IS A LEGAL DOCUMENT UNDER THE UNIFORM ANATOMICAL GIFT ACT OR SIMILAR LAWS
I hereby make an anatomical gift, effective upon my death

☐ Any organ or tissue DATE ____
☐ Only the following ____

Signature of donor ____
WITNESS ____
WITNESS ____

Blood Type
RH Factor

Medical Information / Living Will Seal Area

Class Single Veh GVWR 16000 or Less Except Cycles
Restrictions

No. 71851

REPUBLIC OF YEMEN
Ministry of Justice & Trusts

MARRIAGE CERTIFICATE

Date of Contract: Wednesday 26th of Dul Qida 1415 Hijrah
Corresponding to:- 26th of April, 1995
Place of Contract:- Alhussain Centre- Dhala District-Lahj Governorat

| Parties Concerned: | Full Name with Surname: | Age: | Nationality: | Occupation: | Place of Residence: | Remarks: |
|---|---|---|---|---|---|---|
| Husband: | Abdul-Hakim Mohamed Alawi. | 31 | Yemeni | Labourer | Marat | -- |
| Wife: | Arwa Muthana Obaid Rashed. | 35 | Yemeni | Housewife | Dhala | -- |
| Guardian or Agent: | Her Father: Muthana Obaid Rashed. | 55 | Yemeni | Trader | Harir | -- |
| 1st Witness: | Saleh Musaed Kassem. | 50 | Yemeni | Farmer | Dhala | -- |
| 2nd Witness: | Mohamed Mohsin Mukbel. | 52 | Yemeni | Farmer | Dhala | -- |

Type of Dowry

Advance: Fifty Dinars
Deferred: "

Certified that the above is a true extract of the entry made in the Register of Marriages.
Received the prescribed fees of One hundred twenty file Riyals today Wednesday 26th of April, 1995.

Signature & Stamp of:-
Registrar,
Alhussain Primary Court,
Dhala/D, Lahj Governorate,
Republic of Yemen

DECLARATION
I, M.M. Almass, authorized translator, Aden, do hereby declare that the above is correct translation of the Arabic text document, Marriage Certificate.
Aden, 18-5-1995

M. M. Almass
Licensed

THE REPUBLIC OF YEMEN
FOREIGN MINISTRY A.B.
Consular Department Authenticate
The Signature Of
Seal of & Is Not Responsible
The Content of The Document.
General Manger

Ministry of Foreign Affairs
THE REPUBLIC

EXHIBIT



رقم ٧١٨٥١

جمهورية اليمن الديمقراطية الشعبية

وزارة العدل والأوقاف

# شهادة زواج

سجل رقم ........ قيد رقم ........

تاريخ العقد : يوم [illegible] الموافق ٦ من شهر القعدة لسنة ألف وأربعمائة ١٤١٥هـ

المصادف لليوم ٦ من شهر ٤ لسنة ألف وتسعمائة ١٩٩٥م

مكان العقد : المركز الحصين المديرية الضالع المحافظة لحج

| أصحاب الشأن | الاسم الكامل مع اللقب | العمر | الجنسية | الصنعة | مكان الاقامة | ملاحظات |
|---|---|---|---|---|---|---|
| الزوج | عبدالحكيم محمد علوي | ٣١ | يمني | عامل | [illegible] | |
| الوكيل | حضر بنفسه | | | | | |
| الزوجة بكر / ثيب | اروى مثنى عبدالراشد | ٣٥ | يمنية | ربة بيت | الضالع | |
| الولي أو الوكيل | والدها مثنى عبدالراشد | ٥٥ | يمني | تاجر | [illegible] | |
| الشاهد الأول | صالح مساعد قاسم | ٥٠ | يمني | فلاح | الضالع | |
| الشاهد الثاني | محمد محسن مقبل | ٥٢ | يمني | فلاح | الضالع | |

- المهر ونوعه

المعجل [illegible]

المؤجل [illegible]

أشهد بأن ما ذكر أعلاه هو مقتبساً صادقاً عن القيد المدون في سجل الزواج .

أستلمت الرسم المقرر وقدره [illegible] بموجب سند رقم

في اليوم [illegible] ١٩٩٥م

٨٩-٧/٢×٥٠×١٠٠٠/٤٤١٧٤/٥.٥

وزارة العدل

والختم غير مسئول عن محتويات الوثيقة وعليه وقع

عم وكيل وزارة العدل فرع عدن

U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
| --- | --- | --- |
| WAC-06-021-53042 | | I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| RECEIVED DATE: October 17, 2005 | PRIORITY DATE | PETITIONER: A040 373 948 ALAWI, ABDULHAKIM M. |
| NOTICE DATE: October 28, 2005 | PAGE: 1 of 1 | BENEFICIARY: RASHID, ARWA M. |

ABDULHAKIM M. ALAWI
5400 S HALSTED ST
CHICAGO IL 60609

Notice Type: Receipt Notice

Amount received: $ 185.00

Section: Husband or wife of U.S. Citizen, 201(b) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**
- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797



Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-06-021-53114 | | I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| October 17, 2005 | | A040 373 948 ALAWI, ABDULHAKIM M. |
| NOTICE DATE | PAGE | BENEFICIARY |
| October 28, 2005 | 1 of 1 | ALMUFLIHI, NOORAH M. |

ABDULHAKIM M. ALAWI
5400 S HALSTED ST
CHICAGO IL 60609

Notice Type: Receipt Notice

Amount received: $ 185.00

Section: Unmarried child (under age 21) of U.S. Citizen, 201(b) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**
- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-06-021-53097 | | I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| October 17, 2005 | | A040 373 948 ALAWI, ABDULHAKIM M. |
| NOTICE DATE | PAGE | BENEFICIARY |
| October 28, 2005 | 1 of 1 | ALAWI, GADALLAH A. |

ABDULHAKIM M. ALAWI
5400 S HALSTED ST
CHICAGO IL 60609

Notice Type: Receipt Notice

Amount received: $ 185.00

Section: Unmarried child (under age 21) of U.S. Citizen, 201(b) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

~~Processing time - Processing times vary by kind of case.~~

- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**

- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-06-021-53073 | | I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| RECEIVED DATE: October 17, 2005 | PRIORITY DATE | PETITIONER: A040 373 948 ALAWI, ABDULHAKIM M. |
| NOTICE DATE: October 28, 2005 | PAGE: 1 of 1 | BENEFICIARY: ALAWI, YAQOUB A. |

ABDULHAKIM M. ALAWI
5400 S HALSTED ST
CHICAGO IL 60609

Notice Type: Receipt Notice

Amount received: $ 185.00

Section: Unmarried child (under age 21) of U.S. Citizen, 201(b) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** **<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**
- **a passport or national photo identification issued by your country,**
- **a drivers license,**
- **a military photo identification, or**
- **a state - issued photo identification card.**

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



BY NAME OF ALLAH

REPUBLIC OF YEMEN
MINISTRY OF INTERIOR
CIVIL STATUS AND CIVIL REGISTRATION AUTHORITY

FORM NO. ( 1/6 A.M.)
44297(

# BIRTH CERTIFICATE

CIVIL STATUS DEPARTMENT:
DISTRICT:
GOVERNORATE: AL-DALIA

## MINISTRY OF HEALTH – VACCINATION CARD

| TYPE OF VACCINATION | FIRST DOSAGE | SECOND DOSAGE | THIRD DOSAGE | SIGNATURE |
|---|---|---|---|---|
| B. C. G. | | | | |
| DIPHTHERIA, WHOOPING COUGH TETANUS | | | | |
| POLIOMYELITIS | | | | |
| SMALLPOX | | | | |
| MEASLES. | | | | |

- VACCINATION IS GIVEN BY APPLYING B.C.G. IN THE RIGHT TRIANGULAR SHOULDERS.
- VACCINATION AGAINST THE SMALLPOX IS GIVEN IN THE LEFT TRIANGULAR MUSCLE.

## NEWBORN DATA

| NEWBORN'S NAME | FATHER'S NAME | GRANDFATHER'S NAME & SURNAME | SEX |
|---|---|---|---|
| ARWA | MUTHANA | OBAID RASHID | FEMALE |

## DATE OF BIRTH IN LETTERS

| | HOUR | DAY | MONTH | YEAR |
|---|---|---|---|---|
| HIJ | | | | |
| AD | | 25 | FEBRUARY | 1960 |

## PLACE OF BIRTH

| VILLAGE / TOWN | DISTRICT | GOVERNORATE |
|---|---|---|
| AL-DALIA | AL-DALIA | AL-DALIA |

## PARENTS DATA

| | NAME | FATHER'S NAME | GRANDFATHERS NAME & SURNAME | RELIGION | NATIONALITY | OCCUPATION | PLACE OF RESIDENCE |
|---|---|---|---|---|---|---|---|
| FATHER | MUTHANA | OBAID | RASHID | MUSLIM | YEMENI | DECEASED | AL-DALIA |
| MOTHER | SAFIA | ALI | ABDULLA | MUSLIM | YEMENI | H/WIFE | AL-DALIA |

## FAMILY RECORD IN THE CIVIL REGISTER

| SECRETARIAT | NUMBER | DATE |
|---|---|---|
| | | |

THE NEWBORN PARTICULARS WERE REGISTERED IN THE ACTUAL BIRTH RECORD NUMBER ( ) UNDER NO. 14 DATED 16/1/2001 AT CIVIL STATUS DEPARTMENT: AL-DALIA DISTRICT, AL-DALIA GOVERNORATE/

NAME OF REGISTRAR:
Mr./
SIGNATURE:

NAME OF DIRECTOR OF CIVIL STATUS
MAJOR
SIGNATURE & SEAL

TRANSLATION DATE: JANUARY 20,2001/// SHAWAL 25,1421 H
ALMUKHTAR TRANSLATION BUREAU
P.O BOX : 22039 FAX # 303227 TEL: 303225 SANA'A - REPUBLIC OF YEMEN

EXHIBIT

## بيانات المولود

| إسم المولود بالكامل | | | النوع |
|---|---|---|---|
| إسم المولود | إسـم الاب | إسم الجد واللقب | ذكر / أنثى |
| أروى | حسن | عبيد راشد | انثى |

### تاريخ الميلاد بالحروف

| | الساعة | اليوم | الشهر | السنة |
|---|---|---|---|---|
| هجري | | | | |
| ميلادي | | الخامس والعشرين | فبراير | الف وتسعمائة وستون |

### محل الميلاد

| قرية / مدينة | مديرية | محافظة / دولة |
|---|---|---|
| الضالع | الضالع | الضالع |

## بيانات الوالدين

| | إسم الفرد | إسم الأب | إسم الجد واللقب | النيانة | الجنسية | المهنة | محل الاقامة |
|---|---|---|---|---|---|---|---|
| الاب | حسن | عبيد | راشد | الاسلام | يمني | موظف | الضالع |
| الأم | صفية | علي | عبدالله | الاسلام | يمنية | ربة بيت | الضالع |

### قيد الاسرة بالسجل المدني

| أسم الإدارة | الرقم | التاريخ |
|---|---|---|
| | | |

سجلت بيانات المولود بسجل واقعات الميلاد

رقم : ........ برقم ١٤ تاريخ ١٦/١١/٢٠٠٢

بادارة الاحوال المدنية : ........

مديرية الضالع محافظة الضالع

إسم المسجل [illegible]

توقيعة ........

REPUBLIC OF YEMEN
Ministry of Interior
Civil Status Administration & Registration Department

## BIRTH CERTIFICATE

Civil Registration Department:- Dhala town, Dhala District Lahj Governorate.

Particulars of the child born:-

- Full Name:- Noorah Munasser Nasher Almuflihi
- Sex:- Female
- Date of birth:- 27th December, 1991
- Place of birth:- Dhala town, Dhala District, Lahj Governorate.

Particulars of Parents:-

- Father's Name:- Munasser Nasher Hussain Almuflihi
- Religion: Islam
- Nationality:- Yemeni
- Occupation:- Farmer
- Place of Residence:- Dhala town Dhala/D.
- Mother's Name:- Arwa Muthana Obaid Rashed
- Religion:- Islam
- Nationality:- Yemeni
- Occupation:- Housewife
- Place of Residence:- Dhala town, Dhala/D.

- The Child birth data was recorded in the birth's register under the number of 374 on 2-5-1995 at the Civil Registration Department, Dhala District, Lahj Governorate.

- Signature of Registrar. Signature & Stamp of:- Director, Civilian Status Administration & Registration Department, Dhala District-Lahj-Branch, Ministry of Interior-RO Yemen.

DECLARATION

I, M.M. Almass, authorized translator, Aden, do hereby declare that the above is correct translation of the Arabic text document, Birth Certificate.

Aden, 18-5-1995

M. M. Almass
Licensed
P. Writer

الجمهورية اليمنية
THE REPUBLIC OF YEMEN
وزارة الخارجية - فرع / عدن
FOREIGN MINISTRY A. B.
تصادق الدائرة القنصلية
على صحة توقيع وختم
دون تحمل اية مسئولية عن المحتوى
Consular Department Authenticate
The Signature Of
Seal of & Is Not Responsible
For Content of The Document.
General Manager

## بيانات المولود

| اسم المولود | اسم الأب | اسم الجد واللقب | النوع ذكر/أنثى |
|---|---|---|---|
| نوراء | منصر | ناشر المفلحي | أنثى |

## تاريخ الميلاد بالحروف

| | الساعة | اليوم | الشهر | السنة |
|---|---|---|---|---|
| هجري | | | | |
| ميلادي | | السابع والعشرون | ديسمبر 12 | ألف وتسعمائة واحد وتسعون 1991 |

## محل الميلاد

| قرية | مدينة | عزلة | مديرية | محافظة |
|---|---|---|---|---|
| المدينة الضالع | الضالع | — | الضالع | لحج |

## بيانات الوالدين

| | اسم الفرد | اسم الأب | اسم الجد واللقب | الديانة | الجنسية | المهنة | محل الإقامة |
|---|---|---|---|---|---|---|---|
| الأب | منصر | ناشر | حسين المفلحي | مسلم | يمني | مزارع | المدينة الضالع |
| الأم | أروى | مثنى | عبيد راشد | مسلمة | يمنية | ربة بيت | المدينة الضالع |

## قيد الأسرة بالسجل المدني

| اسم الإدارة | الرقم | التاريخ |
|---|---|---|
| | | |

سجلت بيانات المولود بسجل واقعات الميلاد برقم ٢٠٤/٧ تاريخ ٢/٥/١٩٩٢م
بإدارة الأحوال المدنية الضالع مديرية الضالع محافظة لحج

اسم المسجل صالح اسم مدير الأحوال المدنية صالح
توقيعه توقيعه

REPUBLIC OF YEMEN FORM NO. (1/6 A.M.)
MINISTRY OF INTERIOR 288590
CIVIL STATUS AND CIVIL REGISTRATION AUTHORITY

# BIRTH CERTIFICATE

CIVIL STATUS DEPARTMENT:
DISTRICT:
GOVERNORATE: AL-DALIA

MINISTRY OF HEALTH – VACCINATION CARD

| TYPE OF VACCINATION | FIRST DOSAGE | SECOND DOSAGE | THIRD DOSAGE | SIGNATURE |
|---|---|---|---|---|
| B. C. G. | | | | |
| DIPHTHERIA, WHOOPING COUGH TETANUS | | | | |
| POLIOMYELITIS | | | | |
| SMALLPOX | | | | |
| MEASLES. | | | | |

- VACCINATION IS GIVEN BY APPLYING B.C.G. IN THE RIGHT TRIANGULAR SHOULDERS.
- VACCINATION AGAINST THE SMALLPOX IS GIVEN IN THE LEFT TRIANGULAR MUSCLE.

NEWBORN DATA

| NEWBORN'S NAME | FATHER'S NAME | GRANDFATHER'S NAME & SURNAME | SEX |
|---|---|---|---|
| YAQOUB | ABDULHAKIM | MOHAMED HUSSIN ALAWI | MALE |

DATE OF BIRTH IN LETTERS

| | HOUR | DAY | MONTH | YEAR |
|---|---|---|---|---|
| HIJ | | | | |
| AD | | 25 | MARCH | 1999 |

PLACE OF BIRTH

| VILLAGE / TOWN | DISTRICT | GOVERNORATE |
|---|---|---|
| AL-DALIA | AL-DALIA | AL-DALIA |

PARENTS DATA

| | NAME | FATHER'S NAME | GRANDFATHERS NAME & SURNAME | RELIGION | NATIONALITY | OCCUPATION | PLACE OF RESIDENCE |
|---|---|---|---|---|---|---|---|
| FATHER | ABDUL HAKIM | MOHAMED | ALAWI | MUSLIM | YEMENI | LABORER | AL-DALIA |
| MOTHER | ARWA | MUTHANA | OBAID | MUSLIM | YEMENI | H/WIFE | AL-DALIA |

FAMILY RECORD IN ~~THE CIVIL~~ REGISTER

| SECRETARIAT | NUMBER | DATE |
|---|---|---|
| | | |

THE NEWBORN PARTICULARS WERE REGISTERED IN THE ACTUAL BIRTH RECORD.
NUMBER ( ) UNDER NO. 15 DATED 16/1/2001 AT CIVIL STATUS DEPARTMENT: AL-DALIA DISTRICT, AL-DALIA GOVERNORATE.

NAME OF REGISTRAR:
Mr./
SIGNATURE:______

NAME OF DIRECTOR OF CIVIL STATUS
MAJOR/
SIGNATURE / SEAL

TRANSLATION DATE: JANUARY 20,2001/// SHAWAL 25,1421 H

ALMUKHTAR TRANSLATION BUREAU

P. O. BOX : 22039 FAX # 303227 TEL: 303225 SANAA – REPUBLIC OF YEMEN

AL-MUKHTAR FOR TRANSLATION 288030

## بيانات المولود

| اسم المولود بالكامل | | | النوع |
|---|---|---|---|
| اسم المولود | اسم الاب | اسم الجد واللقب | ذكر / انثى |
| يعقوب | عبدالحكيم | محمد حسين علوي | ذكر |

## تاريخ الميلاد بالحروف

| | الساعة | اليوم | الشهر | |
|---|---|---|---|---|
| هجري | | الخامس | | شعبان |
| ميلادي | | والعشرون | مارس | وتسعون |

## محل الميلاد

| قرية / مدينة | مديرية | محافظة / دولة |
|---|---|---|
| الضالع | الضالع | الضالع |

## بيانات الوالدين

| | اسم الفرد | اسم الاب | اسم الجد واللقب | الديانة | الجنسية | المهنة | محل الاقامة |
|---|---|---|---|---|---|---|---|
| الاب | عبدالحكيم | محمد | حسين علوي | مسلم | يمني | عامل | الضالع |
| الام | أروى | أمين | عبده | مسلمة | يمنية | ربة بيت | الضالع |

## قيد الأسرة بالسجل المدني

| اسم الإدارة | الرقم | التاريخ |
|---|---|---|
| | | |

سجلت بيانات المولود بسجل واقعات الميلاد

رقم : ٩ برقم : ١٨ تاريخ : ٢٢/١١/٢٠٠٠م

بادارة الاحوال المدنية : المركز الرئيسي

مديرية : الضالع محافظة : الضالع

اسم المسجل : رضوان احمد محمد

توقيعة : [signature]

اسم مدير الاحوال المدنية : صالح علي محمد

توقيعة : [signature] [stamp]

REPUBLIC OF YEMEN
MINISTRY OF INTERIOR
CIVIL STATUS AND CIVIL REGISTRATION AUTHORITY

FORM NO. ( 1/6 A.M.)
442968

# BIRTH CERTIFICATE

CIVIL STATUS DEPARTMENT:
DISTRICT:
GOVERNORATE: AL-DALIA

MINISTRY OF HEALTH – VACCINATION CARD

| TYPE OF VACCINATION | FIRST DOSAGE | SECOND DOSAGE | THIRD DOSAGE | SIGNATURE |
|---|---|---|---|---|
| B. C. G. | | | | |
| DIPHTHERIA, WHOOPING COUGH TETANUS | | | | |
| POLIOMYELITIS | | | | |
| SMALLPOX | | | | |
| MEASLES. | | | | |

- VACCINATION IS GIVEN BY APPLYING B.C.G. IN THE RIGHT TRIANGULAR SHOULDERS.
- VACCINATION AGAINST THE SMALLPOX IS GIVEN IN THE LEFT TRIANGULAR MUSCLE.

NEWBORN DATA

| NEWBORN'S NAME | FATHER'S NAME | GRANDFATHER'S NAME & SURNAME | SEX |
|---|---|---|---|
| GABALLA | ABDULHAKIM | MOHAMED ALAWI | MALE |

DATE OF BIRTH IN LETTERS

| | HOUR | DAY | MONTH | YEAR |
|---|---|---|---|---|
| HIJ | | | | |
| AD | | 21 | MAY | 1996 |

PLACE OF BIRTH

| VILLAGE / TOWN | DISTRICT | GOVERNORATE |
|---|---|---|
| AL-DALIA | AL-DALIA | AL-DALIA |

PARENTS DATA

| | NAME | FATHER'S NAME | GRANDFATHERS NAME & SURNAME | RELIGION | NATIONALITY | OCCUPATION | PLACE OF RESIDENCE |
|---|---|---|---|---|---|---|---|
| FATHER | ABDUL HAKIM | MOHAMED | ALAWI | MUSLIM | YEMENI | EXPATRIATE | AL-DALIA |
| MOTHER | ARWA | MUTHANA | OBAID | MUSLIM | YEMENI | H/WIFE | AL-DALIA |

FAMILY RECORD IN THE CIVIL REGISTER

| SECRETARIAT | NUMBER | DATE |
|---|---|---|
| | | |

THE NEWBORN PARTICULARS WERE REGISTERED IN THE ACTUAL BIRTH RECORD NUMBER ( ) UNDER NO. 15 DATED 16/1/2001 AT CIVIL STATUS DEPARTMENT: AL-DALIA DISTRICT, AL-DALIA GOVERNORATE.

NAME OF REGISTRAR:
Mr./
SIGNATURE:_______

NAME OF DIRECTOR OF CIVIL STATUS
SIGNATURE/SEAL

TRANSLATION DATE: JANUARY 20,2001/// SHAWAL 25,1421 H
ALMUKHTAR TRANSLATION BUREAU
P. O. BOX : 22039 FAX # 303227 TEL: 303225 SANA'A - REPUBLIC OF YEMEN

## بيانات المولود

| إسم المولود | إسم الأب | إسم الجد واللقب | ذكر / أنثى |
| --- | --- | --- | --- |
| عبادالله | عبدالحكيم | محمد علوي | ذكر |

### تاريخ الميلاد بالحروف

| | الساعة | اليوم | الشهر | السنة |
| --- | --- | --- | --- | --- |
| هجري | | | | |
| ميلادي | | واحد وعشرون | مايو | [illegible] |

### محل الميلاد

| قرية / مدينة | مديرية | محافظة / دولة |
| --- | --- | --- |
| الضالع | الضالع | الضالع |

## بيانات الوالدين

| | إسم الفرد | إسم الأب | إسم الجد واللقب | الديانة | الجنسية | المهنة | محل الاقامة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| الأب | عبدالحكيم | محمد | علوي | الإسلام | يمني | مغترب | الضالع |
| الأم | أروى | شمس | [illegible] | الإسلام | يمنية | ربة بيت | الضالع |

### قيد الاسرة بالسجل المدني

| اسم الإدارة | الرقم | التاريخ |
| --- | --- | --- |
| | | |

سجلت بيانات المولود بسجل واقعات الميلاد

رقم: ........ برقم: ١٥ تاريخ: ٢٠٠١/١١/١٦م

بادارة الاحوال المدنية:

مديرية: الضالع محافظة: [illegible]

إسم المسجل: عبده ناجي محمد

توقيعة:

مدير الاحوال المدنية

**Belmonte, Paula**

From: Belmonte, Paula
Sent: Tuesday, July 25, 2006 11:17 AM
To: 'Sanaa Consular'
Subject: Congressional Inquiry

Dear Consul:

RE: [redacted]

| | |
|---|---|
| RASHED, ARWA MUTHANA | DOB / FEB. 25, 1960 |
| ALMUFLIHI, NORRAH MUNASSER | DOB / DEC. 27, 1991 |
| ALAWI, GADALLAH | DOB / MAY 21, 1996 -- |
| ALAWI, YAQOUB | DOB / MARCH 25, 1999 |
| ALAWI, DEANA | DOB / SEPT. 22, 2005 – USC |

I am writing on behalf of United States citizen, Abdulhakim Alawi, who requested my assistance. The above petition was filed as a spouse, Arwa, and one child, Norrah, of a permanent resident. Mr. Alawi became a United States citizen on October 10, 2001. The other children were born after the petition was filed and would like to include all children. Mr. Alawi is anxious to be reunited with his family in the U.S.

I am respectfully requesting your assistance by providing status. Please contact Staff Aide, Paula Belmonte, of my Chicago District office at this email, Paula.Belmonte@mail.house.gov or by fax at +773 767-9395
With warm regards, I remain

Sincerely,

Daniel Lipinski

Daniel Lipinski
Member of Congress
IL 3rd District

EXHIBIT 3



Home Contact Us Site Map FAQ

Search

Advanced Search

Services & Benefits Immigration Forms Laws & Regulations About USCIS Education & Resource Press Room

Change Of Address

Services While Your Case is Pending

Civil Surgeons

Processing Times

Case Status Online

Case Status Search

Register

Login

**Receipt Number: WAC0602153042**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN**

**Current Status: Case received and pending.**

On October 27, 2005, we received this I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

**09-12-2007 12:58 PM EDT**

Home Contact Us Privacy Policy Website Policies NoFEAR Freedom Of Information Act FirstGov

U.S. Department of Homeland Security





Home Contact Us Site Map FAQ
Search
Advanced Search

Services & Benefits Immigration Forms Laws & Regulations About USCIS Education & Resource Press Room

Change Of Address
Services While Your Case Is Pending
Civil Surgeons
Processing Times
Case Status Online
Case Status Search
Register
Login

**Receipt Number: wac0602153114**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN**

**Current Status: Case received and pending.**

On October 27, 2005, we received this I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

**09-12-2007 01:09 PM EDT**



JAN-14-2008 12:05 AZULAYSEIDEN LAW GROUP 3128329212 P.027
U.S Citizenship and Immigration Services - Case Status Service Online Page 1 of 1

Home Contact Us Site Map FAQ

Search
Advanced Search

Services & Benefits Immigration Forms Laws & Regulations About USCIS Education & Resource Press Room

Change Of Address
Services While Your Case is Pending
Civil Surgeons
Processing Times
Case Status Online
Case Status Search
Register
Login

**Receipt Number: WAC0602153097**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN**

**Current Status: Case received and pending.**

On October 27, 2005, we received this I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

**09-12-2007 12:56 PM EDT**

Home Contact Us Privacy Policy Website Policies NoFEAR Freedom Of Information Act FirstGov
U.S. Department of Homeland Security

https://egov.uscis.gov/cris/caseStatusSearch.do 9/12/2007



JAN-14-2008 12:05 AZULAYSEIDEN LAW GROUP 3128329212 P.028
U.S Citizenship and Immigration Services - Case Status Service Online Page 1 of 1

Home Contact Us Site Map FAQ
Search
Advanced Search

Services & Benefits Immigration Forms Laws & Regulations About USCIS Education & Resource Press Room

Change Of Address
Services While Your Case is Pending
Civil Surgeons
Processing Times
Case Status Online
Case Status Search
Register
Login

**Receipt Number: wac0602153073**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN**

**Current Status: Case received and pending.**

On October 27, 2005, we received this I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

**09-12-2007 01:10 PM EDT**

Home Contact Us Privacy Policy Website Policies NoFEAR Freedom Of Information Act FirstGov
U.S. Department of Homeland Security

https://egov.uscis.gov/cris/caseStatusSearch.do 9/12/2007

TOTAL P.028