**08 C 298**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE BROWN**

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Abdulhakim M. ALAWI

**DEFENDANTS**
Michael Mukasey, US Attorney General; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez, Acting Director of USCIS; Christina Poulos, Director of CA USCIS; USA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   US
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AzulaySeiden Law Group
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
(Nature of suit checkboxes)

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
28 U.S.C. 1331, 1361, 2201-02, 5 U.S.C. 702. This action is brought to compel the Defendants to perform their duties.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☐ Yes ☐ No

**IX. This case** ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 1/14/2008
SIGNATURE OF ATTORNEY OF RECORD: Shannon M Shepherd

**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

TOTAL P.001