UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abdulhakim M. Alawi,<br><br>             Plaintiff,<br><br>                 v.<br>Michael Mukasey, Attorney General for the United States of America; Secretary Michael Chertoff, U.S. Department of Homeland Security; Acting Director Emilio Gonzalez, U.S. Citizenship and Immigration Services; Christina Poulos, Director of California Service Center; and the United States of America,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 08 C 0298<br><br>    Judge Gottschall |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                                                                                       Respectfully submitted,

                                                                                                       PATRICK J. FITZGERALD
                                                                                                        United States Attorney

                                                                                                       By: s/Kathryn A. Kelly
                                                                                                            KATHRYN A. KELLY
                                                                                                            Assistant United States Attorney
                                                                                                            219 South Dearborn Street
                                                                                                            Chicago, Illinois 60604
                                                                                                            (312) 353-1994
                                                                                                            Kathryn.Kelly@usdoj.gov