## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 298 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Alawi vs. Mukasey, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion to dismiss this matter is granted. Civil case terminated.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|